# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DIRTY WORLD, LLC; AND NIK LAMAS-RICHIE,<br>Petitioners,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ROB BARE, DISTRICT JUDGE,<br>Respondents,<br>and<br>DAN BRANDON BILZERIAN,<br>Real Party in Interest. | No. 74115 |

FILED

NOV 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying summary judgment in a tort action. Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying summary judgment

motions). As petitioner has an adequate legal remedy available in the form of an appeal from the final judgment, *see Pan*, 120 Nev. at 224, 88 P.3d at 841, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Rob Bare, District Judge
Gingras Law Office, PLLC
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson/Las Vegas
Eighth District Court Clerk